# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | |
|---|---|
| Edward L. Nalley<br>*Plaintiff* | )<br>)<br>) |
| v. | )  Case No.   3:16-cv-00538-DJH<br>) |
| Synchrony Bank *et al.*<br>*Defendants* | )<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO ALL DEFENDANTS

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that he is dismissing, without prejudice, his claims against Defendants Synchrony Bank and Receivables Performance Management, LLC.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Edward L. Nalley*